**FILED**

NORTHERN DISTRICT of OHIO  UNITED STATES DISTRICT COURT

OCT 13 2021

CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Mcdonald's,etal

Corporate Address

1 Mcdonald'S Plaza

Oak Brook, IL

60523

V.S.

David Aaron

414 Hendry Street

Sandusky,Ohio 44870

**JUDGE JAMES G. CARR**

**MAG JUDGE CLAY**

**3:21 CV 1942**

# COMPLAINT

Conveying;controversial;conspiracy in town!  I have lived this life seeking answers to relative and Federal foundations of secrecy to embezzlements tied to securities. With this i have found nothing. I have become meager to learn of confidence in mitigation in the state of  MRE612  of this court. I ask this court (pro-se): as attenuation,and contributes to the actual and perceived integrity of the judicial process, with judicial precedent. Under scope(a)(c) and civil rule 2: amended and supplemental pleadings;disposition, admissions: compelling under scrutiny;criminal procedure code 156(3);(b;1;c(1);B):EPA U.S.C (a)(c), I show cause of strict liability civil rule (6);civil rule (32) (30)(b)(6). In the legitimate way you have authority to authorize these actions of conveying controversy doomed these chattels are areas of an construed issue of this admissions. Contrary being how the corporate begun were and whom established convey name McDonald's!

OHIO LAW,ELEMENTS,INJUNCTION TO MITIGATION OF PERSONAL PROPERTY. Now comes (pro-se) plaintiff ask too modify judgment of the merits according too, : ,EPA U.S.C(42)(a)(c),civil rule(6)ask with dual capacity and in existence (pro-se) plaintiff ask to indemnify circumstantial evidence, binding precedent,inculpatory evidence :strict liability, harm, compulsory damages,intentional tort

intentional infliction of emotional distress. In accordance too civil rule36etal. NO COPLIANCE BREACH OF DUTY

LACK OF CORISPONDSNCE, CORCINE,INTENTIONAL TORT EMOTIONAL DISTRESS,

STRICT LIABILITY,NOMINAL FEES, COMPULSORY DAMAGE: Rule58(b)(1)

(c)(1) Civil rule36,52;56as an conclusion. Scrutiny under statutory classification show; depositions and admissions;

 Compelling and ambiance: For these damages again: including and not limited to prosecution ask for $750,000.00 strictly monetary expenditure, $500,000.00 compensatory, $5000,00.00,an $420,000.00 consumption expenditures,

Non-economic $500,000.00, economic,3 billion punitive damages

David J. Aaron (Pro-Se)